IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | |
| v.     ) | Case No.  4:09CR3072 |
|     ) | |
| JEMAINE LARON SIDNEY,     ) | |
|     ) | |
|     Defendant.     ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 19.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion for Temporary Release Under Specific Conditions and corresponding Order restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 17th day of June, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge