IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| | ) | |
| v. | ) | |
| | ) | |
| JEMAINE LARON SIDNEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that trial of this case is set for 9:00 a.m. on Monday, September 21, 2009, before the undersigned United States district judge, as the number four criminal case, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 31st day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge