IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JEMAINE LARON SIDNEY, | ) | |
| aka Jizzle, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the request of the government and the defendant,

IT IS ORDERED that the plea hearing presently scheduled for Friday, September 25, 2009 at 2:00 P.M. is cancelled. Counsel shall contact my judicial assistant, Kris Leininger, on Monday, September 28, 2009 to arrange a new date and time. The time remains excluded for Speedy Trial Act purposes.

DATED this 25th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge