IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JEMAINE LARON SIDNEY, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the government is currently in trial before Judge Urbom, and she has verbally moved to continue the defendant's change of plea hearing, currently scheduled for December 3, 2009. Defense counsel does not oppose the requested continuance.

Accordingly,

IT IS ORDERED that:

1. The hearing on the defendant's anticipated plea of guilty is rescheduled to the 11th day of December, 2009, at the hour of 11:30 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(H) & (h)(7)(A &B).

DATED this 2nd day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge