IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| | ) | |
| V. | ) | |
| | ) | |
| JEMAINE LARON SIDNEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A conference call with counsel was held.

IT IS ORDERED that Defendant Sidney's 3-hour evidentiary hearing is scheduled on Wednesday, May 5, 2010, from 12:00-1:30 p.m., then resuming again on Thursday, May 6, 2010, from 12:00-1:30 p.m. Sentencing will take place upon the conclusion of the evidentiary hearing on Thursday, May 6. The defendant shall be present unless excused by the court.

DATED this 23rd day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge