IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| | ) | |
| V. | ) | |
| | ) | |
| JEMAINE LARON SIDNEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I conferred with counsel today. I told them I intended to apply the ratio set forth in Senate Bill 1789. With that in mind, counsel told me they needed only one-half hour for sentencing. Therefore,

IT IS ORDERED that the previously scheduled evidentiary hearing is canceled. Sentencing will take place on Wednesday, May 5, 2010, from 12:00 noon to 12:30 p.m.

DATED this 20th day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge