IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| | ) | |
| V. | ) | |
| | ) | |
| JEMAINE LARON SIDNEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    I held a conference call with counsel today.

    IT IS ORDERED that my judicial assistant shall arrange a telephone conference with counsel on Tuesday, October 12, 2010, at 12:00 noon, to discuss the status of this case and Senate Bill 1789.

    DATED this 9th day of July, 2010.

                                                 BY THE COURT:

                                                 *Richard G. Kopf*
                                                 United States District Judge