IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| V. | ) | |
| JEMAINE LARON SIDNEY, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff's motion to extend response date (filing 87) is granted. The government's response deadline to defendant's motion to withdraw plea of guilty is extended to November 24, 2010.

    DATED this 15th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge