IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3072 |
| | ) | |
| V. | ) | |
| | ) | |
| JEMAINE LARON SIDNEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The sentence in this case has been vacated.  I had a telephone conference with counsel today, and they jointly agreed that the defendant should be sentenced to 84 months in prison plus 5 years of supervised release consistent with the terms and conditions of the previous judgment.  I agree that such a sentence is appropriate.  Counsel for the defendant also represented that Mr. Sidney would execute a waiver regarding a sentencing hearing including his right of allocution.  Upon the filing of such a waiver, I will enter a judgment consistent with the foregoing.  Therefore,

IT IS ORDERED the defendant shall file in the court file a waiver of his right to a sentencing hearing including his right of allocution no later than October 16, 2012.  My chambers shall bring this matter to my attention on October 17, 2012.

DATED this 14th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge