IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

USA,

        Plaintiff,

vs.

Jemaine Laron Sidney,

        Defendant.

Case No. 4:09CR3072

Order

Before the Court is the request for transcript of hearing held on July 7, 2020

IT IS ORDERED:

1. The request for transcript, filing [176] is granted.

2. Jemaine Laron Sidney, is advised that the cost of the transcript is $ 80.30 To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on 07/07/2020 A copy of this order should also be mailed to Jemaine Laron Sidney

DATED: October 17, 2022

BY THE COURT:

s/ Richard G. Kopf
United States District Judge

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379